MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JENNIFER HUERTA, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for trial on February 3, 2026.

2. By this stipulation, defendant now moves to vacate the trial date as to her only and set a change of plea hearing on August 25, 2025.

3. The signed plea agreement was filed on July 2, 2025.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  July 2, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  July 2, 2025 | /s/ MARK A. BROUGHTON<br>MARK A. BROUGHTON<br>Counsel for Defendant<br>JENNIFER HUERTA |

**ORDER**

IT IS SO ORDERED.

Dated: July 21, 2025

_____
UNITED STATES DISTRICT JUDGE

2