```
ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
| Plaintiff, | STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |
| v. | |
| JENNIFER HUERTA, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for sentencing on December 1, 2025.

2. By this stipulation, the parties agree and stipulate to continue sentencing to January 12, 2026.

3. No exclusion of time is necessary as this matter is set for sentencing.

Dated: November 12, 2025                    ERIC GRANT
                                            United States Attorney


                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney


Dated: November 12, 2025                    /s/ MARK A. BROUGHTON

1

                               MARK A. BROUGHTON
                               Counsel for Defendant
                               JENNIFER HUERTA

**ORDER**

IT IS SO ORDERED.

Dated: **November 13, 2025**

UNITED STATES DISTRICT JUDGE

2